# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE:   CRAVEN PROPERTIES, LP, | ) | HONORABLE ROBERT E. |
| | ) | BRIZENDINE |
| | ) | |
| Debtor. | ) | CHAPTER 7 |
| | ) | |
| | ) | CASE NUMBER G12-23082-REB |

### TRUSTEE'S APPLICATION FOR AUTHORITY TO SELL
### UNENCUMBERED PERSONAL PROPERTY OF THE ESTATE

COMES NOW, Betty A. Nappier, the duly appointed trustee in the above-styled case by and through counsel (hereinafter sometimes referred to as "trustee"), and respectfully moves this Court pursuant to 11 U.S.C. Section 363, for authority to sell unencumbered personal property of the estate ("Application"), proffering to the Court the following:

1.

**Craven Properties, LP** (hereinafter referred to as "Debtor") filed the above-styled case as a Chapter 11 proceeding on August 31, 2012; and, it was converted to a Chapter 7 proceeding on the United States Trustee's Motion on or about September 20, 2013, with Movant appointed as Chapter 7 trustee on September 30, 2013.

2.

The bankruptcy estate has an unscheduled, undisclosed claim ("Claim") against **AgGeorgia Farm Credit, ACA** ("Ag") regarding the real property that had been pledged to Ag to secure the repayment of its loan to Debtor.

**PAGE ONE OF FIVE**

3.

Ag has asserted defenses to the Claim denying any liability; and, Ag does not seek a claim against the Debtor or the estate.

4.

The trustee has received an offer to purchase the estate's interest in the Claim from an insider, Geoffrey Ward Soule, Managing member of Diamond C. Ventures, LLC ("Soule") for the net sum of $5,000.00 to the estate.

5.

The trustee seeks authority to sell the Claim by private sale to insider, Soule for the net sum of $5,000.00 to the estate with any liens, claims, encumbrances, counterclaims, defenses and/or other claims, encumbrances and other interests relating to the Claim remaining intact and being the sole responsibility of the purchaser, Soule.

6.

Debtor's Schedules reflect priority debts of $2,821.15 and unsecured debts of $23,704.41.

7.

The trustee proffers that she believes the estate has an additional unscheduled, undisclosed asset consisting of a promissory note transferred to an insider of the Debtor within eight (8) months of the filing of the instant case for no consideration that has recoverable consequential net value to the instant bankruptcy estate.

8.

Based upon the asserted defenses of Ag to the Claim and the costs of litigation to pursue any recovery on the Claim that could potentially increase the allowable claims for distribution purposes in the instant bankruptcy case, coupled with the avoidance of any sales commission or closing costs, the trustee proffers that the proposed sale of the Claim is in the best interest of the estate to enable a dividend to allowed claimants.

9.

The trustee proposes to transfer and convey the estate's interest in the Claim to Soule upon receipt of the net sum of $5,000.00 with any liens, claims, encumbrances, counterclaims, defenses and/or other claims and encumbrances relating to the Claim remaining intact and being the sole responsibility of the purchaser, Soule; and, retain the aforesaid proceeds in the estate's financial account until further order of the Court and/or an approved trustee's Final Report.

10.

Pursuant to 11 U.S.C. Section 363, the trustee respectfully moves for authority to sell the personal property, Claim, with any liens, claims, encumbrances, counterclaims, defenses and/or other claims, encumbrances and other interests relating to the Claim remaining intact and being the sole responsibility of the purchaser, Soule; and, upon receipt of the gross sales proceeds execute any documents necessary to effectuate the transfer to the purchaser or his assigns. The Trustee will retain the net proceeds of the sale in the estate's financial account until distribution by further order of the Court and/or in accordance with an approved trustee Final Report.

11.

The trustee further seeks authority to promptly sell the aforesaid Claim in accordance with the terms proposed herein upon entry of an Order granting the instant Application.

WHEREFORE, based upon the foregoing, the trustee respectfully moves this Court for the entry of an Order:

(a)  authorizing the trustee to sell unscheduled, undisclosed personal property known as a Claim against Ag for a net sales price of $5,000.00 to an insider, Soule, with any liens, claims, encumbrances, counterclaims, defenses and/or other claims, encumbrances and other interests relating to the Claim

remaining intact and being the sole responsibility of the insider purchaser, Soule, upon entry of an Order granting the instant Application;

 (b) authorizing the trustee to execute any documents necessary to effectuate the transfer to the purchaser or his assigns, upon receipt of the $5,000.00 with the proceeds there from being maintained in the estate's financial account until disbursement by further order of the Court and/or an approved trustee's Final Report; and

 (c) any other relief the Court may deem mete and proper.

 Respectfully submitted, this 17$^h$ day of March, 2014.

 /s/ Betty Nappier_____
**Betty Nappier**
**Counsel for Chapter 7 trustee**
**GA Bar No. 534675**

**Post Office Box 1649**
**Cumming, Georgia    30028-1649**
**(770) 529-9371, facsimile (770) 947-5371**
**banappier@ gmail.com**

**PAGE FOUR OF FIVE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE:   CRAVEN PROPERTIES, LP, | ) | HONORABLE ROBERT E. |
| | ) |    BRIZENDINE |
| | ) | |
| Debtor. | ) | CHAPTER 7 |
| | ) | |
| | ) | CASE NUMBER G12-23082-REB |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she has placed a conformed copy of the foregoing trustee's Application for authority to sell unencumbered personal property of the estate in the United States Mail with adequate postage affixed thereon and properly addressed to the parties in interest at their respective addresses, as follows:

Billy Joe Craven
6640 Highway 52
Gillsville, Georgia 30543

Christopher Carouthers, Esquire
Chris Carouthers & Associates
Suite 131, 2250 North Druid Hills Road
Atlanta, Georgia  30329

James H. Morawetz, Esquire
Office of United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, Georgia  30303

All scheduled creditors as reflected on the
bankruptcy case mailing matrix and known
parties in interest

This 17$^h$ day of March, 2014.

/s/ Betty Nappier__ _____ _____
Betty Nappier
Counsel for Chapter 7 trustee
GA Bar No. 534675

Post Office Box 1649
Cumming, Georgia    30028-1649
(770) 529-9371, facsimile (770) 947-5371
banappier@ gmail.com

PAGE FIVE OF FIVE